UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Julius Michael Engel #137759

Case No. 16-mc-80177-JD

**ORDER DENYING REINSTATEMENT; ORDER TO SHOW CAUSE RE DISBARMENT**

Re: Dkt. No. 4

Julius Michael Engel's membership in the bar of this Court was suspended on October 17, 2016, for failing to respond to an order to show cause. Dkt. Nos. 3. On February 4, 2017, Engel filed a motion requesting to be returned to active status before this Court, on the basis that he had returned to active status with the California State Bar. Dkt. No. 4. The correct procedure for seeking reinstatement to the bar of this Court upon completion of a period of suspension is to file a petition for admission with the Clerk and pay the admission fee. Civil L.R. 11-7(b)(3); *see also* Civil L.R. 11-1(c) and (d).

The public records available on the website of the State Bar of California reveal that on March 17, 2017, Engel was disciplined and again suspended for one year. Before Engel's suspension expired, disciplinary charges were filed against him on October 23, 2017, and he was subsequently ordered inactive on June 11, 2018. On May 1, 2020, Engel was disbarred by the State Bar of California.

In light of Engel's disbarment from the California State Bar, his motion to be reinstated is denied as moot, and his status with the bar of this Court will also be changed to disbarred, unless he can show good cause not to do so by August 26, 2020.

**IT IS SO ORDERED.**

Dated: July 28, 2020

JAMES DONATO
United States District Judge